*DEC 6 2005*

# Curtis J. Farber

**Attorney At Law**

350 Broadway, 10th Floor
New York, NY 10013
Tel: (212) 334-4466
Fax: 212) 226-3224

*Denied without prejudice to renew in an application that explains the basis for the request and the why it is reasonably necessary to incur up to $5,000 even if an exam is appropriate.*

November 21, 2005

Hon. John Gleeson
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

*So ordered*

s/John Gleeson

*USDJ*

*12-1-05*

RE: <u>United States v. Willie Mayo et al.</u>
05 Cr. 43 (JG)

Dear Judge Gleeson:

As CJA counsel for Willie Mayo, I am respectfully writing to request authorization to retain the services of Andy Kleiman, who is a forensic psychiatrist. I would like Dr. Kleiman to review my client's mental history and assess his current mental state in connection with his pending sentencing in the above-referenced matter.

Dr. Kleiman's hourly rate is $250.00 per hour. Dr. Kleiman has informed me that he anticipates that he will need to spend between 15-20 hours in this matter to review Mr. Mayo's past psychiatric history, interview him at MDC-Brooklyn and draft his report.

I have taken the liberty of enclosing a proposed Order together with a CJA21 Form. Should you have any questions, please feel free to contact me. Thank you.

Very truly yours,

Curtis Farber

Encls.