UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

DEC 9 2005

BROOKLYN OFFICE

UNITED STATES OF AMERICA

-against-

WILLIE MAYO, et al.,

Defendant.
-------------------------------------------------------X

05 Cr. 43 (JG)

ORDER

On the December 5, 2005 application of Curtis J. Farber, Esq., attorney for the defendant in the above-captioned matter, it is hereby

ORDERED, that the Brooklyn Metropolitan Detention Center is hereby directed to permit Sandford L. Drob, Ph.D. to visit Willie Mayo, Inmate Register Number 72323-053, for the purposes of interviewing him and conducting a psychiatric evaluation.

DATED: BROOKLYN, NEW YORK
December   , 2005

SO ORDERED:

s/John Gleeson    12-5-05
HON. JOHN GLEESON

# FACSIMILE TRANSMISSION

DATE: December 5, 2005

FROM: LAW OFFICES OF
CURTIS J. FARBER

350 Broadway, 10th Floor
New York, N.Y. 10013
tel: 212 334-4466
fax: 212 226-3224

TO:    Ms. Vivian Virno-Klein

   Case Manager – Hon. John Gleeson

   (718) 260-4506

NUMBER OF PAGES IN THIS TRANSMISSION: __2__ (including this cover form)

COMMENTS:    As per my telephone message, please give the attached order to Judge Gleeson to sign. This relates to my application for a psychiatric evaluation of Willie Mayo. Thank you.

PLEASE NOTE: The information contained in this facsimile message is privileged and confidential and is intended only for the use of the individual named above and others who have been specifically authorized to receive such information. If the recipient is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error, or if any problems occur with transmission, please notify us immediately by telephone (212) 334-4466. Thank you.