01/04/2006 18:42 FAX                                                                        @002/002

Case 1:05-cr-00043-JG    Document 208    Filed 12/15/2005    Page 1 of 1

**FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ JAN 11 2006 ★**

# CURTIS J. FARBER
Attorney at Law

~~BROOKLYN OFFICE~~

350 Broadway, 10th Floor
New York, NY 10013
Tel: (212) 334-4466
Fax: (212) 226-3224
curtisfarber@mindspring.com

December 15, 2005

Hon. John Gleeson
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

[handwritten: Sentencing is adjourned to February 24, 2006 @ 11:30am]

s/John Gleeson

RE: United States v. Willie May
Dkt. No. 05 Cr. 43

Dear Judge Gleeson:

I am writing to respectfully request an adjournment of the sentencing in the above-referenced matter. Sentencing is presently scheduled for Friday, January 13, 2006.

As I previously advised this Court, it is my intention to make a horizontal downward departure at the time of sentencing. The basis for this motion will be that my client's past psychiatric history militates against him being designated a "career criminal" as prescribed by the United States Sentencing Guidelines.

To assist in making this motion, and with the Court's approval, I have retained the services of Sanford Drob, Ph.D. Dr. Drob has advised me that due to previously scheduled matters, he would be unable to complete his evaluation and draft a report by January 13, 2006. He has indicated that he would need an additional month to complete all necessary tasks.

Accordingly, I am respectfully requesting that the sentencing in this case be adjourned until late February, 2006. The reason I request late February is due to the fact that I will be away from February 16, 2006 through February 22, 2006.

Thank you for your consideration.

Very truly yours,

Curtis Farber

cc: AUSA Lee Freedman

# FACSIMILE TRANSMISSION

DATE:   January 4, 2006

FROM:   LAW OFFICES OF
        CURTIS J. FARBER

   350 Broadway, 10th Floor
   New York, N.Y. 10013
   tel:  212 334-4466
   fax:  212 226-3224


TO:     __Ms. Vivian Virno-Klein__

        __Case Manager – Hon. John Gleeson__

        __(718) 260-4506__


NUMBER OF PAGES IN THIS TRANSMISSION: __2__ (including this cover form)


COMMENTS:   __I filed the attached letter electronically on December 15th requesting a postponement of the sentencing of Willie Mayo. I have not received any answer as of yet. At your earliest convenience, please inquire of the Judge concerning this request.__

            __Thank you.__

PLEASE NOTE: The information contained in this facsimile message is privileged and confidential and is intended only for the use of the individual named above and others who have been specifically authorized to receive such information. If the recipient is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error, or if any problems occur with transmission, please notify us immediately by telephone (212) 334-4466. Thank you.