UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

UNITED STATES OF AMERICA

-against-

WILLIE MAYO, et al.,

        **Defendant.**
----------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ Jan 24 2006 ★
BROOKLYN OFFICE

05 Cr. 43 (JG)

ORDER

On the November 21, 2005 application of Curtis J. Farber, Esq., attorney for the defendant in the above-captioned matter, it is hereby

ORDERED, that Curtis J. Farber, Esq., CJA counsel for ~~Rondre James~~ *Willie Mayo*, is authorized to retain the services of Sandford L. Drob, Ph.D, a forensic psychiatric expert. It is further

ORDERED, that Sandford L. Drob, Ph.D shall be compensated at the rate of $200.00 per hour with a cap of $2,500.00 unless authorization for additional compensation is granted.

DATED: BROOKLYN, NEW YORK
       December 12, 2005

                      SO ORDERED:

                      s/John Gleeson         12/12/05
                      HON. JOHN GLEESON

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT. E.D.N.Y.

★ DEC 21 2005 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------X

UNITED STATES OF AMERICA

    -against-

WILLIE MAYO, et al.,

    **Defendant.**
------------------------------------------------X

05 Cr. 43 (JG)

ORDER

On the November 21, 2005 application of Curtis J. Farber, Esq., attorney for the defendant in the above-captioned matter, it is hereby

ORDERED, that the United States Department of Probation is to make available to Curtis J. Farber, Esq., and Sanford L. Drob, Ph.D all medical records in its possession with respect to Willie Mayo. It is further

ORDERED, that the United States Department of Probation additionally make available to Curtis J. Farber, Esq. and Sanford L. Drob, Ph.D all records in its possession relating to facts of Willie Mayo's prior criminal convictions.

DATED: BROOKLYN, NEW YORK
       December  , 2005

SO ORDERED:

_____  12-12-05
HON. JOHN GLEESON

# FACSIMILE TRANSMISSION

DATE: December 12, 2005

FROM: LAW OFFICES OF
CURTIS J. FARBER

350 Broadway, 10th Floor
New York, N.Y. 10013
tel: 212 334-4466
fax: 212 226-3224

TO:     Ms. Vivian Virno-Klein

    Case Manager – Hon. John Gleeson

    (718) 260-4506

NUMBER OF PAGES IN THIS TRANSMISSION: __3__ (including this cover form)

COMMENTS: _____As per your request, here are copies of the Orders to be signed by Judge Gleeson. Thank you._____

**PLEASE NOTE:** The information contained in this facsimile message is privileged and confidential and is intended only for the use of the individual named above and others who have been specifically authorized to receive such information. If the recipient is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error, or if any problems occur with transmission, please notify us immediately by telephone (212) 334-4466. Thank you.